

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Nicholas Melissinos**
Assistant Corporation Counsel
nmelissi@law.nyc.gov
(212) 356-2335
(212) 356-2335

September 25, 2014

BY ECF
Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  Jesus Alejandro v. City of New York, *et al.*,
            11 Civ. 6370 (KPF)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendant City of New York in the above-referenced case. Defendant City writes to respectfully request that the Court adjourn the settlement conference that is currently scheduled for October 1st at 2:30 p.m. to either: October 22nd, October 27th or November 6th, or a date convenient to the Court. Plaintiff's counsel, Martha Kashickey, Esq., and co-defendant Diaz's counsel, John Gionis, Esq., consent to this adjournment and the proposed dates. This is the first request for such an adjournment.

      An adjournment of the settlement conference is needed because defendant is in the process of obtaining further documents relating to the underlying incident that are pertinent for settlement evaluation. The undersigned was also recently assigned to this matter and needs the additional time to exchange relevant documents to the parties prior to the proposed settlement conference. The additional time will also allow the parties to engage in settlement discussions prior to the conference. There are no dates that would be affected by such an adjournment.

      Thank you for your consideration of the application herein.

                            Respectfully submitted,

                            _____/s/_____
                            Nicholas Melissinos
                            Assistant Corporation Counsel
                            Special Federal Litigation Division

- 2 -

cc: <u>BY ECF</u>
Martha Kashickey, Esq.
*Attorney for Plaintiff*

John Gionis, Esq.
*Attorney for Defendant Diaz*